**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

| | |
|---|---|
| PACE SUPPLY CORP., ) | |
| ) | |
|    Plaintiff, ) | CASE NO. 2:13-cv-00083-LKK-DAD |
| ) | |
|    v. ) | |
| ) | **ORDER** |
| KORTE CONSTRUCTION ) | |
| COMPANY, et al. ) | |
| ) | |
|    Defendants. ) | |

This Court, having duly considered the parties' Joint Stipulation for Dismissal, does hereby dismiss Use-Plaintiff's Complaint in its entirety with prejudice. Each party shall bear its respective attorneys' fees and costs of Court.

IT IS SO ORDERED.

Date: March 26, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

#1406334/1 – Order